IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Good, Randall | Case Number:  08 B 27724 |
|           Good, Aleja | Judge: Squires, John H |
|           Printed: 03/03/09 | Filed: 10/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: January 28, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 600.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 560.40 |
| Trustee Fee: | | 39.60 |
| Other Funds: | | 0.00 |
| Totals: | 600.00 | 600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jay F Fortier | Administrative | 2,500.00 | 560.40 |
| 2. | Resurgent Capital Services | Unsecured | 910.91 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 195.93 | 0.00 |
| 4. | Discover Financial Services | Unsecured | 114.90 | 0.00 |
| 5. | Michael J Zak DDS | Unsecured | 74.70 | 0.00 |
| 6. | US Bank | Unsecured | 210.66 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 467.75 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 646.79 | 0.00 |
| 9. | Dodeka | Unsecured | 423.48 | 0.00 |
| 10. | American Express Centurion | Unsecured | 96.55 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 23.51 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 267.54 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 252.84 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 12.18 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 737.41 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 343.66 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 420.98 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 662.13 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 246.91 | 0.00 |
| 20. | US Bank | Unsecured | 152.76 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 335.07 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 350.61 | 0.00 |
| 23. | PRA Receivables Management | Unsecured | 134.03 | 0.00 |
| 24. | Chrysler Financial Services Americas LLC | Secured | | No Claim Filed |
| 25. | Chrysler Financial Services Americas LLC | Unsecured | | No Claim Filed |
| 26. | Banco Popular | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Good, Randall
Good, Aleja
Printed: 03/03/09

Case Number: 08 B 27724
Judge: Squires, John H
Filed: 10/15/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. American Express | Unsecured | | No Claim Filed |
| 28. American Express | Unsecured | | No Claim Filed |
| 29. Bank Of America | Unsecured | | No Claim Filed |
| 30. Bank Of America | Unsecured | | No Claim Filed |
| 31. CACH LLC | Unsecured | | No Claim Filed |
| 32. Bank Of America | Unsecured | | No Claim Filed |
| 33. Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 34. BP Oil Co | Unsecured | | No Claim Filed |
| 35. Capital One | Unsecured | | No Claim Filed |
| 36. Bombay Credit Card | Unsecured | | No Claim Filed |
| 37. Bank Of America | Unsecured | | No Claim Filed |
| 38. American Express | Unsecured | | No Claim Filed |
| 39. Chase Bank | Unsecured | | No Claim Filed |
| 40. Citizens Bank | Unsecured | | No Claim Filed |
| 41. Sears / Citibank SD | Unsecured | | No Claim Filed |
| 42. Credit First | Unsecured | | No Claim Filed |
| 43. David R Bernie DDS | Unsecured | | No Claim Filed |
| 44. Gb Algonquin | Unsecured | | No Claim Filed |
| 45. Diners Club International | Unsecured | | No Claim Filed |
| 46. First USA | Unsecured | | No Claim Filed |
| 47. GEMB | Unsecured | | No Claim Filed |
| 48. First USA Bank N A | Unsecured | | No Claim Filed |
| 49. Kay Jewelers | Unsecured | | No Claim Filed |
| 50. HSBC | Unsecured | | No Claim Filed |
| 51. Gateway | Unsecured | | No Claim Filed |
| 52. Transamerica Bank | Unsecured | | No Claim Filed |
| 53. I C Systems Inc | Unsecured | | No Claim Filed |
| 54. Midland Credit Management | Unsecured | | No Claim Filed |
| 55. Cmntyprp Mng | Unsecured | | No Claim Filed |
| 56. NBGL-Carsons | Unsecured | | No Claim Filed |
| 57. Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 58. Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 59. NBGL-Carsons | Unsecured | | No Claim Filed |
| 60. HSBC | Unsecured | | No Claim Filed |
| 61. World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 62. Target | Unsecured | | No Claim Filed |
| | | $ 9,581.30 | $ 560.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 39.60 |
| | $ 39.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Good, Randall | Case Number: 08 B 27724 |
| Good, Aleja | Judge: Squires, John H |
| Printed: 03/03/09 | Filed: 10/15/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*